Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Ave., Suite D,
Montrose, Ca. 91020

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Frances Campbell

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES CAMPBELL, an Individual; | Case No.: 2:16-cv-8795 |
| | Hon. Andre Birotte Jr. |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT ANNIEMAC HOME MORTGAGE AND THE ENTIRE CASE PER FRCP 41(a)(1)(A)(ii) |
| ANNIEMAC HOME MORTAGE, a business entity, form unknown; and DOES 1-10, Inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff FRANCES CAMPBELL and Defendant ANNIEMAC HOME MORTGAGE, by and through their respective counsel, stipulate that this action shall be, and is, dismissed with prejudice. Each party shall bear his own attorneys' fees and costs.

///

///

---

Stipulation of Dismissal with Prejudice of ANNIEMAC and Entire Case

| | |
|---|---|
| Dated: June 26, 2017 | **LAW OFFICES OF ROBERT F. BRENNAN, APC** |

By: */s/ Robert F. Brennan*
   Robert F. Brennan, Esq.
   Attorney for Plaintiff
   FRANCES CAMPBELL

| | |
|---|---|
| Dated:  June 26, 2017 | **MORRISON & FOERSTER LLP** |

By: */s/ James R. McGuire*
   James R. McGuire, Esq.
   Attorneys for Defendant
   ANNIEMAC HOME
    MORTGAGE